UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o PETZOL INTERNATIONAL

                Plaintiff,

    - against -

ALITALIA CARGO, a division of ALITALIA SPA;

                Defendants.
----------------------------------------------------------------X

08 Civ.

FRCP RULE 7.1
DISCLOSURE STATEMENT



    NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o PETZOL INTERNATIONAL, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. PETZOL INTERNATIONAL is not a publicly traded company.

Dated: New York, New York
       April 7, 2008
       299-548

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                  By: _____
                     Martin F. Casey (MFC-1415)
                     317 Madison Avenue, 21st Floor
                     New York, NY 10017
                     (212) 286-0225