UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY a/s/o
PETZOL INTERNATIONAL,                                              Docket No.: 08 CV 3390 (JSR)

                Plaintiff,

  -against-

ALITALIA CARGO, a division of ALITALIA SPA,

                Defendant.
-------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT ALITALIA LINEE AEREE ITALIANE, S.p.A

      Defendant, ALITALIA-LINEE AEREE ITALIANE S.p.A., incorrectly sued herein as "ALITALIA CARGO, a Division of ALITALIA SPA", is a nongovernmental corporate party, states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 9, 2008

                              KAPLAN, von OHLEN & MASSAMILLO, LLC

                              By:      /S/
                                  Nicholas E. Pantelopoulos (NP-4969)
                                  Jennifer Huang (JH-4532)
                                  555 Fifth Avenue, 15th Floor
                                  New York, NY 10017
                                  Attorneys for Defendant