RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY a/s/o
PETZOL INTERNATIONAL,

                Plaintiff,

    -against-

ALITALIA CARGO, a division of ALITALIA SPA,

                Defendant.
----------------------------------------------------------X

Docket No.: 08 CV 3390 (JSR)

**STIPULATION AND ORDER OF DISMISSAL**

A settlement having been reached by and between plaintiff and defendant, ALITALIA-LINEE AEREE ITALIANE S.p.A., incorrectly sued herein as "ALITALIA CARGO, a Division of ALITALIA SPA", it is hereby stipulated and ordered that this action is dismissed with prejudice and without costs as to any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        June 3, 2008

CASEY & BARNETT, LLC

By: _____Martin F. Casey_____
Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

KAPLAN, von OHLEN & MASSAMILLO, LLC

By: _____
Jennifer Huang (JH-4532)
555 Fifth Avenue, 15th Floor
New York, NY 10017
(212) 922-0450
Attorneys for Defendant

SO ORDERED:

_____
HON. JED S. RAKOFF, U.S.D.J.
6-5-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-08